No. 898. Ohio ex rel. Thompson v. Industrial Commission of Ohio. February 9, 1942. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want

of a properly presented federal question. *Live Oak Water Users' Association* v. *Railroad Commission*, 269 U. S. 354, 358–59; *Ohio ex rel. Squire* v. *Brown*, 312 U. S. 652. *Mr. Paul V. Connolly* for appellant. *Mr. Thomas J. Herbert*, Attorney General of Ohio, for appellee.